FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*3:51 pm, Jul 17, 2018*
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-cr-00330-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO CHAVEZ-VARELA,
*A.K.A. Hector Pimela-Torres, Oscar Varela-Lopez,*

    Defendant.

---

**INDICTMENT**
**8 U.S.C. § 1326(a), (b)(1)**
**Illegal Re-entry After Deportation**

---

The Grand Jury charges:

### COUNT 1

On or about June 7, 2018, in the State and District of Colorado, the defendant, PEDRO CHAVEZ-VARELA, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about February 17, 2018, and without the express consent of the proper legal authority to reapply for admission to the United States.  All in violation of Title 8, United States Code, Section 1326(a).

## NOTICE OF ENHANCED PENALTY

The defendant is subject to the enhanced penalty under Title 8, United States Code, Section 1326(b)(1) because his denial of admission, exclusion, deportation and removal was subsequent to a conviction for a felony offense.

A TRUE BILL

s/ Ink signature on file in Clerk's Office
FOREPERSON

ROBERT C. TROYER
United States Attorney

By: *s/ Pete Hautzinger*
PETE HAUTZINGER
Assistant United States Attorney
United States Attorney's Office
205 N. 4th Street, Suite 400
Grand Junction, Colorado 81501
Telephone: (970) 241-3843
Fax: (970) 248-3630
E-mail: Peter.Hautzinger@usdoj.gov
Attorney for the United States