DEFENDANT: PEDRO CHAVEZ-VARELA

YOB: 1958

ADDRESS: I.C.E. Custody

COMPLAINT FILED? _____ YES __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____ YES __X__ NO

OFFENSE: 8 U.S.C. § 1326(a); (b)(1); Illegal re-entry of removed alien subsequent to a felony conviction

LOCATION OF OFFENSE: Mesa County, CO

PENALTY: NMT 10 years imprisonment; NMT $250,000 fine, or both;
NMT three years supervised release;
$100 special assessment.

AGENT: Luke Burchall, D.O., ICE

AUTHORIZED BY: Pete Hautzinger, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL: three days or less

THE GOVERNMENT: **will** seek detention in this case pursuant to 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention **is not** applicable to this defendant.

OCDTEF CASE: _____ Yes __X__ No